UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | ) | CASE NO. CR09-308-RAJ |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | DETENTION ORDER |
| KENDRICK LAMONT DIXON, | ) | |
| Defendant. | ) | |

Offense charged:    Wire Fraud; Forfeiture Allegations

Date of Detention Hearing:    October 28, 2009

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

### FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1)    Defendant has resided in this area with his wife and young child for only a few months. He has a history of frequently changing residences from one state to another. The

AUSA alleges that the business address provided by the defendant is false.

    (2)    There is conflicting information provided about defendant's employment as to the information provided by defendant, his wife, and his employer. The AUSA alleges that defendant has provided false information about the extent of his drug use, and there appears to be conflicting information as to that provided by his wife. Defendant's criminal history includes violation of parole, a fugitive charge, and pending bench warrants in Florida and Nevada.

    (3)    Defendant poses a risk of nonappearance due to unstable employment and residence, conflicting information about employment history and controlled substance use, and the outstanding felony warrants. He poses a risk of danger due to criminal history, controlled substance use and the nature and circumstances of the instant offense.

    (4)    There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

    (1)    Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

    (2)    Defendant shall be afforded reasonable opportunity for private consultation with counsel;

    (3)    On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant

DETENTION ORDER   15.13
18 U.S.C. § 3142(i)   Rev. 1/91
PAGE 2

01         is confined shall deliver the defendant to a United States Marshal for the purpose

02         of an appearance in connection with a court proceeding; and

03 (4)   The clerk shall direct copies of this Order to counsel for the United States, to

04         counsel for the defendant, to the United States Marshal, and to the United States

05         Pretrial Services Officer.

DATED this 28th day of October, 2009.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER         15.13
18 U.S.C. § 3142(i)         Rev. 1/91
PAGE 3