JUDGE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09-308-RAJ |
| Plaintiff, | |
| v. | ORDER GRANTING DEFENSE MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |
| KENDRICK DIXON, | |
| Defendant. | |

This matter having come before the Court on the Defendant's Motion for Early Termination of Supervised Release, the Court having reviewed the motion and the records and files herein, and after conducting a hearing on this date;

THE COURT FINDS, pursuant to 18 U.S.C. § 3583(e), that early termination of Mr. Dixon's supervised release is warranted by the conduct of Mr. Dixon and the interest of justice;

IT IS FURTHER ORDERED that the remainder of the term of Mr. Dixon's supervised release shall be terminated, effective immediately.

///

///

ORDER GRANTING DEFENSE
MOTION FOR EARLY TERMINATION OF
SUPERVISED RELEASE
(Kendrick Dixon; CR09-308RAJ)   - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

1  The Clerk of the Court is directed to send copies of this Order to all counsel of
2  record, and to the United States Probation Office.
3  DATED this 17th day of July, 2015.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING DEFENSE
MOTION FOR EARLY TERMINATION OF
SUPERVISED RELEASE
(Kendrick Dixon; CR09-308RAJ)   - 2

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100